Argued and submitted September 7, judgment of Oregon Tax Court affirmed September 20, reconsideration denied November 6, 2001

Victorio C. RIVERA,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
*Respondent.*

(OTC 4487; SC S48386)

32 P3d 896

Victorio C. Rivera, appellant *pro se*, argued the cause and filed the brief.

Melisse S. Cunningham, Assistant Attorney General, Salem, argued the cause and filed the brief for respondent. With her on the brief was Hardy Myers, Attorney General.

Before Carson, Chief Justice, and Gillette, Durham, Leeson, Riggs, and De Muniz, Justices.

PER CURIAM

## PER CURIAM

This is an appeal from a judgment of the Oregon Tax Court that dismissed taxpayer's complaint,[1] denied taxpayer's motion for summary judgment, and denied taxpayer's motion for change of judge.

We have considered each of taxpayer's various submissions in support of his appeal and conclude that none is well taken.

The judgment of the Oregon Tax Court is affirmed.

---

[1] The complaint sought various forms of relief, the precise natures of which are not pertinent to our disposition of this case.